UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE GOLDBERG and MICHAEL GOLDBERG; <br><br> Plaintiffs, <br><br> v. <br><br> TEN BRIDGES, LLC, an Oregon limited liability company; and BOEING EMPLOYEES' CREDIT UNION, a Washington non-profit corporation, <br><br> Defendants. | No. 18-cv-01227-RSM <br><br> **STIPULATED MOTION AND ORDER TO DISMISS BECU** |

## **MOTION**

Under FRCP 41(a)(1)(A)(ii), the parties stipulate and move the Court to dismiss BECU

from this action with prejudice and without an award of fees or costs.

DATED this 27th day of August, 2018.

DATED this 27th day of August, 2018.

*s/ Ian Franzel*
Ian Franzel, WSBA No. 43192
FRANZEL LAW, PLLC
1617 Boylston Avenue
Seattle, WA 98122
Tel: (206) 257-9931
Email: ian@franzezllaw.com

*Attorneys for Plaintiffs*

*s/ Kellen Andrew Hade*
Kellen Andrew Hade, WSBA No. 44535
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Tel: (206) 624-8300
Email: kellen.hade@millernash.com

*Attorneys for Boeing Employees' Credit Union*

STIPULATED MOTION AND ORDER TO
DISMISS BECU - 1
(Case No. 2:18-cv-01227-RSM)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

DATED this 27th day of August, 2018.

s/ Alexander Kleinberg
Alexander Kleinberg, WSBA No. 34449
EISENHOWER CARLSON PLLC
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
Tel: (206) 464-3939
Email: akleinberg@eisenhowerlaw.com

*Attorneys for Ten Bridges LLC*

## ORDER

IT IS SO ORDERED.

DATED this 28 day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
DISMISS BECU - 2
(Case No. 2:18-cv-01227-RSM)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121