# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NICOLE GOLDBERG and MICHAEL GOLDBERG,<br><br>　　　　　Plaintiff(s),<br>vs.<br><br>TEN BRIDGES, LLC, an Oregon Limited Liability Company,<br><br>　　　　　Defendant(s). | Case No. 2:18-cv-01227-RSM<br><br>**ORDER OF CONTINUANCE OF THE JOINT STATUS REPORT DUE-DATE PURSUANT TO THE STIPULATED MOTION** |

This matter having come on to be heard upon the parties' Stipulated Motion For Continuance of Case Schedule Dates, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS SO ORDERED that the due-date for submission of the Joint Status Report shall be continued from October 19, 2018 to October 26, 2018.

Dated this 25th day of October 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER CONTINUING THE - 1**
**JOINT STATUS REPORT DEADLINE**

**FRANZEL LAW, PLLC**
1617 Boylston Ave.
Seattle, Washington 98122
Telephone: (206) 257-9931
Facsimile: (206) 299-0966

Presented By:

    FRANZEL LAW, PLLC

        /s/ Ian P. Franzel, WSBA # 43192
        Attorney for Plaintiffs
        1617 Boylston Ave.
        Seattle, WA, 98122
        206-257-9931
        ian@franzellaw.com

                And ;

EISENHOWER CARLSON, PLLC

        /s/ Alexander S. Kleinberg, WSBA #34449
        *Attorney for Defendant Ten Bridges LLC*
        1201 Pacific Ave., Suite 1200
        Tacoma, WA 98402
        253-572-4500
        akleinberg@eisenhowerlaw.com

**ORDER CONTINUING THE - 2**
**JOINT STATUS REPORT DEADLINE**

**FRANZEL LAW, PLLC**
**1617 Boylston Ave.**
**Seattle, Washington 98122**
**Telephone: (206) 257-9931**
**Facsimile: (206) 299-0966**