Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NICOLE GOLDBERG and MICHAEL GOLDBERG,<br><br>    Plaintiff(s),<br>  vs.<br><br>TEN BRIDGES, LLC, an Oregon Limited Liability Company,<br><br>    Defendant(s). | Case No. 2:18-cv-01227-RSM<br><br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

  The parties to this action, both Plaintiffs Nicole and Michael Goldberg, through Counsel, and, Defendant Ten Bridges, LLC, through Counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to Dismissal With Prejudice of this action, inclusive of all claims filed herein by any party.

  Respectfully submitted this October 21, 2019.

  FRANZEL LAW, PLLC

  <u>/s/ Ian P. Franzel, WSBA # 43192</u>
  Ian P. Franzel, Esq.
  1617 Boylston Ave., #200
  Seattle, WA, 98122

**FRANZEL LAW, PLLC**
**1617 Boylston Ave., #200**
**Seattle, Washington 98122**
**Telephone: (206) 257-9931**
**Facsimile: (206) 299-0966**

206-257-9931 ; ian@franzellaw.com
Attorney for Plaintiffs

And;

EISENHOWER CARLSON, PLLC

/s/ Alexander S. Kleinberg, WSBA #34449
*Attorney for Defendant Ten Bridges LLC*
1201 Pacific Ave., Suite 1200
Tacoma, WA 98402
253-572-4500 ; akleinberg@eisenhowerlaw.com

## **ORDER**

The stipulation is approved. This case is hereby dismissed with prejudice.

Dated this 21 day of October, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

FRANZEL LAW, PLLC

/s/ Ian P. Franzel, WSBA # 43192
Ian P. Franzel, Esq.
1617 Boylston Ave., #200
Seattle, WA, 98122
206-257-9931 ; ian@franzellaw.com
Attorney for Plaintiffs

EISENHOWER CARLSON, PLLC

/s/ Alexander S. Kleinberg, WSBA #34449
*Attorney for Defendant Ten Bridges LLC*
1201 Pacific Ave., Suite 1200
Tacoma, WA 98402 ; 253-572-4500
akleinberg@eisenhowerlaw.com

**STIPULATION**
**AND ORDER OF**
**DISMISSAL - 2**

**FRANZEL LAW, PLLC**
**1617 Boylston Ave., #200**
**Seattle, Washington 98122**
**Telephone: (206) 257-9931**
**Facsimile: (206) 299-0966**